|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | For Publication |
| In re | Chapter 11 |
| ENRON CORP., *et al.*, | Case No. 01-16034 (AJG) |
| Reorganized Debtors. | (Confirmed Case) |
| ENRON CORP., |  |
| Plaintiff, |  |
| v. | Adv. Pro. No. 05-01029 |
| AVENUE SPECIAL SITUATIONS FUND II, LP,<br>DK ACQUISITION PARTNERS, LP,<br>RCG CARPATHIA MASTER FUND, LTD.,<br>RUSHMORE CAPITAL-I, L.L.C., AND<br>RUSHMORE CAPITAL-II, L.L.C., |  |
| Defendants. |  |

## SECOND ERRATA ORDER

ORDERED, that Opinion Denying Defendants' Motion to Dismiss First Cause of Action

Regarding Equitable Subordination of Claims Held by Defendants, dated on November 17, 2005,

be corrected as follows:

1. Page 29, in footnote 7, line 30, the entry listed as
    "set forth herein, warrants a finding that . . . ."

    should be corrected to read as follows:
    "set forth herein, warrant a finding that . . . ."

2. Page 29, in footnote 7, line 31, the entry listed as
    ". . . in the hands of any transferee."

      should be corrected to read as follows:
         ". . . in the hands of any transferee"

Dated: New York, New York
       November 28, 2005

                                          **s/Arthur J. Gonzalez**
                                          UNITED STATES BANKRUPTCY JUDGE